```
                          United States Bankruptcy Court
                           Central District of California
In re:                                                                  Case No. 12-25812-ER
Mayies Medadian                                                         Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0973-2           User: admin                  Page 1 of 3                  Date Rcvd: Aug 13, 2012
                               Form ID: b18                 Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2012.
db           Mayies Medadian,    616 N 2nd St.,    Montebello, CA 90640-3543
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
31875766    +Beverly Hospital,    CA Emer Phys Med Grp,    PO Box 582663,    Modesto, CA 95358-0070
31875767    +Beverly Hospital,    PO Box 582663,    Modesto, CA 95358-0070
31875768    +Beverly Hospital,    309 W Beverly Blvd,    Montebello, CA 90640-4308
31875769    +CA Emergency Phys Med Grp.,    PO Box 582663,    Modesto, CA 95358-0070
31875770     California Business Bu,    1711 S Mountain Ave,    Monrovia, CA 91016-4256
31875771    +California Business Bureau,    1711 S Mountain Ave,    Monrovia, CA 91016-4256
31875774    +Care Ambulance Service Inc.,    1517 W. Braden Ct.,    Orange, CA 92868-1125
31875778    +Citibank Ny State Na,    Po Box 22828,    Rochester, NY 14692-2828
31875779    +Computer Collections, Inc,    640 W. 4th St.,    Winston-Salem, NC 27101-2730
31875780     Conseco,   345 St Peter/900 Landmk,    Saint Paul, MN 55102
31875782    +Ecmc,   1 Imation Pl Bldg 2,    Oakdale, MN 55128-3422
31875783     Equifax,    PO Box 144717,    Orlando, FL 32814-4717
31875784     Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
31875785     Experian,    NCAC,   PO Box 9556,    Allen, TX 75013-9556
31875786     Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
31875788    +Hawthorne Rad Assoc Med Grp,    PO Box 190,    Simi Valley, CA 93062-0190
31875789    +LAC + USC Medical Center,    PO Box 514647,    Los Angeles, CA 90051-4647
31875791    +Medicredit Inc.,    Box 410917,    St. Louis, MO 63141-0917
31875792    +Montebello Billing Agency,    1517 W. Braden Ct.,    Orange, CA 92868-1125
31875793    +NAFS,    Box 9027,    Williamsville, NY 14231-9027
31875794    +Nelson & Kennard,    2180 Harvard St Ste 160,    Sacramento, CA 95815-3314
31875795    +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
31875796    +Olive View UCLA Medical Center,    14445 Olive View Dr.,    Sylmar, CA 91342-1438
31875797    +Sacramento County Sheriff,    3341 Power Inn Rd #313,    Sacramento, CA 95826-3835
31875799    +Trans Union Corporation,    ATTN: Public Records Department,    555 W Adams St,
               Chicago, IL 60661-3631
31875800     Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022
31875804    +Wf Health Ad,    800 Walnut,    Des Moines, IA 50309-3605
31875805    +Wffnb/Health Advantage,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRGONZALEZ.COM Aug 14 2012 04:38:00      Rosendo Gonzalez (TR),   Gonzalez & Associates,
               530 S. Hewitt Street, Suite 148,    Los Angeles, CA 90013-1906
smg           EDI: EDD.COM Aug 14 2012 04:38:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Aug 14 2012 04:38:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA 95812-2952
31875761      EDI: HNDA.COM Aug 14 2012 04:38:00      American Honda Finance,   Po Box 6070,   Cypress, CA 90630
31875762      EDI: PHINAMERI.COM Aug 14 2012 04:38:00      Americredit,   PO Box 181145,
               Arlington, TX 76096-1145
31875763     +EDI: ACCE.COM Aug 14 2012 04:38:00      Asset Acceptance,   Po Box 1630,   Warren, MI 48090-1630
31875765      EDI: BANKAMER.COM Aug 14 2012 04:33:00      Bank Of America,   4060 Ogletown/Stanton Rd,
               Newark, DE 19713
31875772      EDI: CAPITALONE.COM Aug 14 2012 04:33:00      Cap One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
31875773     +E-mail/Text: cms-bk@cms-collect.com Aug 14 2012 03:53:38      Capital Management Services LP,
               726 Exhange St. 700,    BUffalo, NY 14210-1464
31875775      EDI: CHASE.COM Aug 14 2012 04:38:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
31875777      EDI: CITICORP.COM Aug 14 2012 04:33:00      Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
31875781      EDI: TSYS2.COM Aug 14 2012 04:33:00      Dsnb Macys,   PO Box 8218,   Mason, OH 45040-8218
31875787      EDI: RMSC.COM Aug 14 2012 04:33:00      Gemb/care Credit,   PO Box 981439,
               El Paso, TX 79998-1439
31875790     +EDI: RESURGENT.COM Aug 14 2012 04:38:00      Lvnv Funding,   Po Box 10497,
               Greenville, SC 29603-0497
31875798      EDI: CITICORP.COM Aug 14 2012 04:33:00      Thd/cbsd,   PO Box 6497,   Sioux Falls, SD 57117-6497
31875801      EDI: CITICORP.COM Aug 14 2012 04:33:00      Unvl/citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
31875802     +EDI: USBANKARS.COM Aug 14 2012 04:38:00      Us Bk Rms Cc,   101 5th St E Ste A,
               Saint Paul, MN 55101-1860
31875803      EDI: TSYS2.COM Aug 14 2012 04:33:00      Visdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
31875776*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
31875764     ##+Associated Credit Services Inc.,    PO Box 9100,   Hopkinton, MA 01748-9100
                                                                                 TOTALS: 1, * 1, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-2          User: admin              Page 2 of 3             Date Rcvd: Aug 13, 2012
                              Form ID: b18             Total Noticed: 48

               ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0973-2           User: admin              Page 3 of 3               Date Rcvd: Aug 13, 2012
                               Form ID: b18             Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2012 at the address(es) listed below:

```
          Avi   Schild    on behalf of Interested Party   Courtesy NEF bk@atlasacq.com
          Rosendo   Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,  gabgarcia@earthlink.net
          Tyson   Takeuchi    on behalf of Debtor Mayies Medadian tysonlawfirm@yahoo.com
          United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Mayies Medadian

**BANKRUPTCY NO.** 2:12−bk−25812−ER

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−1620
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 8/13/12

**Address:**
616 N 2nd St.
Montebello, CA 90640−3543

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: August 13, 2012

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

12 / MS

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.